UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LATASHA ODELL,

          Plaintiff,

v.

DONA ZAVISLAN, et al.,

          Defendants.

CASE NO. 3:18-cv-05088-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation (Dkt. 42) .

    (1)    The Report and Recommendation is **ADOPTED**.

    (2)    Defendants' Motion for Summary Judgment (Dkt. 33) is **GRANTED** and plaintiff's action is **DISMISSED** with prejudice.

    (3)    If he appeals, plaintiff's *in forma pauperis* status **will not** continue.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

IT IS SO ORDERED.

**DATED** this 5th day of April, 2019.

                                                        Ronald B. Leighton
                                                       United States District Judge